**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**BOBBY RAY CROOM**                                          **PETITIONER**

**v.**                                                                                 **No. 2:07CV205-P-A**

**SHERIFF ANDREW THOMPSON, JR., ET AL.**                          **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing for failure to exhaust state remedies under 28 U.S.C. § 2254(b)(1).

**SO ORDERED,** this the 23rd day of June, 2008.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE